IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60407
Conference Calendar
_____


BILLY J. PATTON,

                                        Plaintiff-Appellant,

versus

STANFORD YOUNG, Attorney at Law,

                                        Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 4:95-CV-40LN
- - - - - - - - - -
December 19, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Billy J. Patton appeals the district court's dismissal as frivolous of his in forma pauperis (IFP) civil rights complaint. Patton sued his privately-retained counsel, alleging that counsel rendered ineffective assistance in a criminal proceeding.

     We have reviewed the record and the district court's opinion and find no reversible error.  Patton's appeal is without arguable merit and is thus frivolous.  Accordingly, we DISMISS

_____

     [*]     Local Rule 47.5.1 provides:  "The publication of opinions that merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession."  Pursuant to that Rule, the court has determined that this opinion should not be published.

the appeal.  5th Cir. R. 42.2.  Patton's motion for extraordinary relief is DENIED.  We caution Patton that any additional frivolous appeals filed by him will invite the imposition of sanctions.  To avoid sanctions Patton is further cautioned to review any pending appeals to ensure that they are not frivolous.